Kagan v Kropp (2024 NY Slip Op 03473)

Kagan v Kropp

2024 NY Slip Op 03473

Decided on June 26, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
LARA J. GENOVESI
DEBORAH A. DOWLING
JANICE A. TAYLOR, JJ.

2021-03378
 (Index No. 606638/21)

[*1]Jeffrey W. Kagan, et al., appellants, 
v
James D. Kropp, et al., respondents.

Law Offices of David A. Antwork, P.C., Merrick, NY, for appellants.
Glynn Mercep and Purcell, LLP, Stony Brook, NY (A. Craig Purcell of counsel), for respondents (no brief filed).

DECISION & ORDER
In an action, inter alia, for a judgment declaring that the plaintiffs are the owners of certain real property by adverse possession, the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Kathy G. Bergmann, J.), dated May 11, 2021. The order denied the plaintiffs' motion for a preliminary injunction.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The appeal must be dismissed as academic in light of our determination on a related appeal (see Kagan v Kropp, _____ AD3d _____ [Appellate Division Docket No. 2022-07699; decided herewith]).
IANNACCI, J.P., GENOVESI, DOWLING and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court